**[Exempt From Filing Fee
Government Code § 6103]**

1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Mart B. Oller IV, #149186
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:  (559) 433-1300
4  Facsimile:  (559) 433-2300

5  Attorneys for Defendant COUNTY OF FRESNO

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FARSHAD OREIZI, | Case No. 1:18-CV-00662-AWI-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER DOCUMENT 15, DATED 09/18/18** |
| v. | |
| COUNTY OF FRESNO and DOES 1 through 20, inclusive, | (ECF No. 18) |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND AMONG, Defendant County of Fresno and Plaintiff Farshad Oreizi, through their respective counsel:

Defendant County of Fresno and Plaintiff Farshad Oreizi, referred to herein as the "Parties," hereby stipulate, request, and consent to the Court entering an Order to continue the dates set by this Court in Document 15 as set forth herein below.

If any of the dates below are not agreeable to this Court the parties signing below would also agree to any later date for any given proposed date listed below. In the alternative, if this Court would rather proceed with a new scheduling conference as a more agreeable means of setting new deadline dates for this case, the parties signing below also consent to that alternative approach.

This request and stipulation is based on the fact that due to unavoidable delays encountered in proceeding with the proposed plan of early mediation after completion of key party deponents, due to illness on the part of counsel for Defendant, Mart Oller, and that of his immediate family

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER
DOCUMENT 15, DATED 09/18/18

members, the parties have not had sufficient time to effectuate their plan, nor will they have sufficient time under the current dates. The parties believe that the interests of judicial economy and justice are best served by the requested continuance of the dates including trial in order to allow for the early possible resolution of this matter and efficient completion of all necessary discovery if the mediation is not successful. Accordingly, the Parties hereby agree and request that this court grant additional time for the orderly progression of this case through necessary discovery and to the proposed new trial date as set forth below. Each of the dates below have been extended in a commensurate period of time in relation to the new trial date as existed with the preceding trial date in order to try to comply with the court's scheduling needs and protocol.

DISCOVERY DEADLINES:

| | | |
|---|---|---|
| Non-Expert Discovery: | Current date: June 14, 2019 |
| Proposed New Date: | October 2, 2019 |
| Expert Disclosure: | Current date: July 12, 2019 |
| Proposed New Date: | October 30, 2019 |
| Rebuttal Expert Disclosure: | Current date: August 12, 2019 |
| Proposed New Date: | December 2, 2019 |
| Expert Discovery: | Current date: September 13 2019 |
| Proposed New Date: | January 2, 2020 |

DISPOSITIVE MOTION DEADLINES:

| | |
|---|---|
| Filing: | October 29, 2019 |
| Proposed New Date: | February 16, 2020 |

SETTLEMENT CONFERENCE:

Not Set

PRETRIAL CONFERENCE:

February 26, 2020 at 10:00 a.m.

Courtroom: 2

Proposed New Date: June 19, 2020

Courtroom: 2 or as is convenient for the Court

| | | |
|---|---|---|
| TRIAL: | | April 28, 2020 at 8:30 a.m. |
| | | Courtroom 2 |
| Proposed New Date: | | August 17, 2020 at 8:30 a.m. 10-15 days |
| | | Courtroom 2 or as is convenient for the Court |

IT IS SO STIPULATED.

Dated: April 12, 2019   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: */s/ Mart B. Oller*
Mart B. Oller IV
Attorneys for Defendant COUNTY OF FRESNO


Dated: April 12, 2019   LAW OFFICE OF PETER SEAN BRADLEY


By: */s/ Peter Sean Bradley*
Peter Sean Bradley
Attorneys for Plaintiff FARSHAD OREIZI

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 18), and a finding of good cause, the Court ORDERS that the Scheduling Order (Doc. 15) is modified as follows:

| EVENT | PRIOR DATE | CONTINUED DATE |
|---|---|---|
| Non-Expert Discovery Completion | June 14, 2019 | October 2, 2019 |
| Expert Disclosures | July 12, 2019 | October 30, 2019 |
| Rebuttal Expert Disclosures | August 12, 2019 | December 2, 2019 |
| Expert Discovery Completion | September 13, 2019 | January 2, 2020 |
| Dispositive Motion Filing | October 29, 2019 | February 16, 2020 |
| Settlement Conference | Not Set | |
| Pretrial Conference | February 26, 2020 | June 19, 2020, at 10:00 a.m. |
| Trial | April 28, 2020 | August 18, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **April 15, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE