UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FARSHAD OREIZI,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO,<br><br>          Defendant. | Case No. 1:18-CV-00662-AWI-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF NON-EXPERT DISCOVERY DEADLINE** |

Pursuant to the stipulation of the parties (ECF No. 19) and a finding good cause,

IT IS ORDERED that the non-expert discovery cutoff is extended to October 30, 2019. All other terms, conditions, and deadlines in the Court's Scheduling Conference Order (ECF No. 15), as modified (ECF No. 19), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 29, 2019**                    /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE

1