UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| FARSHAD OREIZI, | Case No. 1:18-CV-00662-AWI-EPG |
|---|---|
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| v. | |
| COUNTY OF FRESNO, | (ECF No. 22) |
| Defendants. | |

Pursuant to the stipulation of the parties (ECF No. 22) and a finding of good cause, IT IS ORDERED that the schedule set forth in the Court's Scheduling Order (ECF No. 15), as previously modified (ECF Nos. 19, 21), is further modified as follows:

| EVENT | PRIOR DATE | CONTINUED DATE |
|---|---|---|
| Non-Expert Discovery Cutoff | October 30, 2019 | December 31, 2019 |
| Expert Disclosures | October 30, 2019 | December 31, 2019 |
| Rebuttal Expert Disclosures | December 2, 2019 | January 20, 2020 |
| Expert Discovery Cutoff | January 2, 2020 | February 5, 2020 |
| Dispositive Motion Filing | February 16, 2020 | February 16, 2020 |
| Pretrial Conference | June 19, 2020, at 10:00 a.m. | June 19, 2020, at 10:00 a.m. |
| Trial | August 18, 2020, at 8:30 a.m. | August 18, 2020, at 8:30 a.m. |

1

All other terms, conditions, and deadlines in the Court's Scheduling Conference Order (ECF No. 15) shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**October 15, 2019**__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE