McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| FARSHAD OREIZI, | Case No. 1:18-CV-00662-AWI-EPG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER DOCUMENT 19, DATED 04/15/19; DOCUMENT 21, DATED 07/29/19 and DOCUMENT 22 DATED 10/14/19** |
| v. | |
| COUNTY OF FRESNO and DOES 1 through 20, inclusive, | |
| Defendants. | (ECF No. 24) |

IT IS HEREBY STIPULATED BY AND AMONG, Defendant County of Fresno and Plaintiff Farshad Oreizi, through their respective counsel:

Defendant County of Fresno and Plaintiff Farshad Oreizi, referred to herein as the "Parties," hereby stipulate, request, and consent to the Court entering an Order to continue the dates set by this Court in Document 15 as set forth herein below. The parties mediated the case on August 13, 2019, without success and thereafter agreed to brief continuances regarding non-expert discovery to accommodate plaintiff's counsel's vacation and defendant's counsel's and his family's health issues. (Document 19, 22.)

This request and stipulation is based on the fact that due to unavoidable delays encountered in proceeding with the completion of non-expert discovery, due to unexpected complications due to a concussion from football to the son of counsel for Defendant, Mart Oller, and Mr. Oller's subsequent and continuing involvement in a trial before Judge Drozd, the parties have not had

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER DOCUMENT 19, DATED 04/15/19; DOCUMENT 21, DATED 07/29/19 and DOCUMENT 22 DATED 10/14/19

sufficient time to complete same, nor will they have sufficient time under the current dates. The parties believe that the interests of judicial economy and justice are best served by the requested continuance of the dates below, which preserves the current trial date, pretrial date, and dispositive motion filing date.

DISCOVERY DEADLINES:

| | | |
|---|---|---|
| Non-Expert Discovery: | Current date: December 31, 2019 | |
| Proposed New Date: | January 31, 2020 | |
| Expert Disclosure: | Current date: October 30, 2019 | |
| Proposed New Date: | January 31, 2020 | |
| Rebuttal Expert Disclosure: | Current date: January 20, 2020 | |
| Proposed New Date: | February 20, 2020 | |
| Expert Discovery: | Current date: February 5, 2020 | |
| Proposed New Date: | March 5, 2020 | |
| Dispositive Motion Filing | Current date: February 16, 2020 | |
| Proposed New Date | March 10, 2020 | |

All other terms, conditions, and deadlines in the Court's Scheduling Conference Order (ECF No. 15) shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: December 2, 2019                 McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Mart B. Oller*
Mart B. Oller IV
Attorneys for Defendant COUNTY OF FRESNO

/ / /

/ / /

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER DOCUMENT 19, DATED 04/15/19; DOCUMENT 21, DATED 07/29/19 and DOCUMENT 22 DATED 10/14/19

Dated: December 2, 2019                    LAW OFFICE OF PETER SEAN BRADLEY


                                           By: _____*/s/ Peter Sean Bradley*_____
                                                  Peter Sean Bradley
                                           Attorneys for Plaintiff FARSHAD OREIZI

## **ORDER**

Pursuant to the stipulation of the parties (ECF No. 24), and a finding of good cause, the Court orders the dates set forth in the Scheduling Order (ECF No. 15), as previously modified (ECF Nos. 19, 21, 23) is further modified as follows:

| EVENT | PRIOR DATE | CONTINUED DATE |
|---|---|---|
| Non-Expert Discovery Cutoff | December 31, 2019 | January 31, 2020 |
| Expert Disclosures | December 31, 2019 | January 31, 2020 |
| Rebuttal Expert Disclosures | January 20, 2020 | February 20, 2020 |
| Expert Discovery Completion | February 5, 2020 | March 5, 2020 |
| Dispositive Motion Filing | February 16, 2020 | March 10, 2020 |
| Pretrial Conference | June 19, 2020, at 10:00 a.m. | June 19, 2020, at 10:00 a.m. |
| Trial | August 18, 2020, at 8:30 a.m. | August 18, 2020, at 8:30 a.m. |

All other terms, conditions, and deadlines in the Court's Scheduling Conference Order (ECF No. 15) shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 4, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER DOCUMENT 19, DATED 04/15/19; DOCUMENT 21, DATED 07/29/19 and DOCUMENT 22 DATED 10/14/19