**[Exempt From Filing Fee Government Code § 6103]**
1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Mart B. Oller IV, #149186
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone: (559) 433-1300
4  Facsimile: (559) 433-2300

5  Attorneys for Defendant COUNTY OF FRESNO

6
7
8               UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | FARSHAD OREIZI, | Case No. 1:18-CV-00662-AWI-EPG |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER DOCUMENT 19, DATED 04/15/19; DOCUMENT 21, DATED 07/29/19; DOCUMENT 23 DATED 10/15/19 and DOCUMENT 25 DATED 12/4/9** |
| 13 | v. | |
| 14 | COUNTY OF FRESNO and DOES 1 through 20, inclusive, | |
| 15 | | |
| 16 | Defendants. | **(ECF No. 26)** |

17     IT IS HEREBY STIPULATED BY AND AMONG, Defendant County of Fresno and

18  Plaintiff Farshad Oreizi, through their respective counsel:

19     Defendant County of Fresno and Plaintiff Farshad Oreizi, referred to herein as the "Parties,"

20  hereby stipulate, request, and consent to the Court entering an Order to continue the dates set by this

21  Court in Document 15 as set forth herein below.  The parties mediated the case on August 13, 2019,

22  without success and thereafter agreed to brief continuances regarding non-expert discovery to

23  accommodate plaintiff's counsel's vacation and defendant's counsel's and his family's health

24  issues, and a trial in Federal court. (Document 19, 22, 25.)

25     This request and stipulation is based on the fact that due to unavoidable delays encountered

26  in proceeding with the completion of non-expert discovery, due to counsel for Defendant, Mart

27  Oller, having a recent bout with the flu, the parties have had to reschedule some of the depositions

28  and will need two additional weeks beyond the current cut-off date in which to complete same.  The

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER
DOCUMENT 19, DATED 04/15/19; DOCUMENT 21, DATED 07/29/19;
DOCUMENT 23 DATED 10/15/19  and DOCUMENT 25 DATED 12/4/19

parties believe that the interests of judicial economy and justice are best served by the requested continuance of the dates below, which preserves the current trial date, pretrial date, and dispositive motion filing date.

DISCOVERY DEADLINES:

| | |
|---|---|
| Non-Expert Discovery: | Current date: January 31, 2020 |
| Proposed New Date: | February 14, 2020 |
| Expert Disclosure: | Current date: January 31, 2020 |
| Proposed New Date: | February 14, 2020 |
| Rebuttal Expert Disclosure: | Current date: February 20, 2020 |
| Proposed New Date: | March 20, 2020 |
| Expert Discovery: | Current date: February 5, 2020 |
| Proposed New Date: | March 30, 2020 |

All other terms, conditions, and deadlines in the Court's Scheduling Conference Order (ECF No. 15, and 25) shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: January 30, 2020

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: */s/ Mart B. Oller*
Mart B. Oller IV
Attorneys for Defendant COUNTY OF FRESNO

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER

Dated: Janaury __, 2020                    LAW OFFICE OF PETER SEAN BRADLEY


                                           By: _____*/s/ Peter Sean Bradley*_____
                                                      Peter Sean Bradley
                                           Attorneys for Plaintiff FARSHAD OREIZI

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER

## **ORDER**

Based in part on the parties' stipulation (ECF No. 26), and with good cause shown, the Court hereby ORDERS that the Scheduling Order (Doc. 15) as previously modified (ECF Nos. 19, 21, 23, 25), is further modified as follows:

| EVENT | PRIOR DATE | CONTINUED DATE |
|---|---|---|
| Non-Expert Discovery Cutoff | January 31, 2020 | February 14, 2020 |
| Expert Disclosures | January 31, 2020 | February 14, 2020 |
| Rebuttal Expert Disclosures | February 20, 2020 | March 20, 2020 |
| Expert Discovery Completion | March 5, 2020 | March 30, 2020 |
| Pretrial Conference | June 19, 2020, at 10:00 a.m. | June 19, 2020, at 10:00 a.m. |
| Trial | August 18, 2020, at 8:30 a.m. | August 18, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **January 30, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4
STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER