UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FARSHAD OREIZI,<br><br>      Plaintiff,<br><br>   v.<br><br>COUNTY OF FRESNO and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. 1:18-CV-00662-AWI-EPG<br><br>**ORDER MODIFYING COURT'S SCHEDULING ORDER**<br><br>(ECF No. 28) |

Pursuant to the stipulation of the parties, and finding good cause exists, IT IS ORDERED that the scheduling conference order (ECF No. 15), as previously modified (ECF Nos. 19, 21, 23, 25, 27), is further modified as follows:

| EVENT | PRIOR DATE | CONTINUED DATE |
|---|---|---|
| Dispositive Motion Filing Deadline | March 10, 2020 | September 2, 2020 |
| Pretrial Conference: | June 19, 2020 | January 20, 2021, 10:00 am |
| Trial: | August 18, 2020 | March 23, 2021, 8:30 am |

All other terms and conditions of the scheduling conference order (ECF No. 15) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 5, 2020**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE