UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FARSHAD OREIZI, | Case No. 1:18-cv-00662-AWI-EPG |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER |
| COUNTY OF FRESNO, | |
| Defendant. | (ECF No. 30) |

On January 11, 2021, the Court held a status conference at which the parties and the Court discussed the status of this case and the parties' request to modify the Scheduling Order. Pursuant to the parties' stipulation (ECF No. 30), and as discussed during the status conference, the Scheduling Order (ECF No. 15), as previously modified (ECF Nos. 19, 21, 23, 25, 27, 29), is further modified as follows:

| Event | Deadline/Date |
|---|---|
| Dispositive Motion Filing Deadline | March 15, 2021 |
| Pretrial Conference | July 14, 2021, 11:30 AM, Courtroom 2 (AWI) |
| Trial | September 14, 2021, 8:30 AM, Courtroom 2 (AWI) |

1

All other terms and conditions of the Scheduling Order (ECF No. 15) remain in full force and effect. No further extensions shall be granted absent good cause.

IT IS SO ORDERED.

Dated:  **January 12, 2021**              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE