McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FARSHAD OREIZI,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No. 1:18-CV-00662-AWI-EPG<br><br>**STIPULATION AND ORDER TO SEAL INCORRECTLY FILED DOCUMENT** |

IT IS HEREBY STIPULATED BY AND AMONG Defendant COUNTY OF FRESNO and Plaintiff FARSHAD OREIZI through their respective counsel:

Counsel for Defendant COUNTY OF FRESNO inadvertently and mistakenly filed Exhibit "A" to the Defendant's Motion in Limine (Doc. 41), which included sensitive personal information regarding plaintiff.  Accordingly, the parties request that the court permanently seal Defendant's Motion in Limine (Doc. 41) in the court file and ECF, and permit Defendant to file a new Motion in Limine, which will include a redacted version of Exhibit "A."

Dated:  August 16, 2021                                           McCORMICK, BARSTOW, SHEPPARD,
                                                                                                WAYTE & CARRUTH LLP


                                                                            By:         */s/ Mart B. Oller IV*
                                                                                                Mart B. Oller IV
                                                                            Attorneys for Defendant COUNTY OF FRESNO

Dated: August 16, 2021                                    LAW OFFICE OF PETER SEAN BRADLEY

                                                          By: _____*/s/ Peter Sean Bradley*_____
                                                                  Peter Sean Bradley
                                                           Attorneys for Plaintiff FARSHAD OREIZI

## ORDER

Pursuant to the stipulation of the parties and a finding of good cause, the Court orders the Clerk of Court to SEAL Defendant's Motion in Limine, filed on August 13, 2021 (Doc. No. 41). Defendant may re-file the sealed motion in limine with a redacted version of Exhibit A.

IT IS SO ORDERED.

Dated:  August 18, 2021                                   _____
                                                            SENIOR DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION AND ORDER TO SEAL INCORRECTLY FILED DOCUMENT