# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FARSHAD OREIZI,** | **CASE NO. 1:18-cv-00662-AWI-EPG** |
| **Plaintiff,** | |
| v. | **ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** |
| **COUNTY OF FRESNO and DOES 1 through 20, inclusive,** | |
| **Defendants.** | |

Consistent with instruction from the Court (Doc. No. 60 at 4), the parties have met and conferred and have jointly proposed the following briefing schedule for purposes of Defendant County of Fresno's motion for summary judgment:

1. The County's motion shall be filed on or before September 15, 2021;

2. Plaintiff Farshad Oreizi's opposition shall be filed on or before October 6, 2021; and

3. The County's reply, if any, shall be filed on or before October 19, 2021.

The Court approves this proposal, and will set a hearing on the County's motion for November 8, 2021, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  September 1, 2021                    _____
                                              SENIOR DISTRICT JUDGE