# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FARSHAD OREIZI,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**COUNTY OF FRESNO and DOES 1 through 20, inclusive,**<br><br>      **Defendants.** | **CASE NO. 1:18-cv-00662-AWI-EPG**<br><br>**ORDER ON REVISED SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** |

Plaintiff Farshad Oreizi and Defendant County of Fresno jointly request for a one-week extension as to all filing deadlines for the County's motion for summary judgment. See Doc. No. 61. Finding good cause shown, the Court will grant that request and reset the hearing on the County's motion in kind. The following briefing schedule and hearing date shall now apply:

1. The County's motion shall be filed on or before September 22, 2021;
2. Oreizi's opposition shall be filed on or before October 13, 2021;
3. The County's reply, if any, shall be filed on or before October 26, 2021; and
4. The hearing on the County's motion for November 15, 2021, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   September 10, 2021                        _____
                                                  SENIOR DISTRICT JUDGE