# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FARSHAD OREIZI,** | **CASE NO. 1:18-cv-00662-AWI-EPG** |
| **Plaintiff,** | |
| v. | **ORDER ON SECOND REVISED SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** |
| **COUNTY OF FRESNO and DOES 1 through 20, inclusive,** | |
| **Defendants.** | |

Plaintiff Farshad Oreizi and Defendant County of Fresno jointly request for a three-week extension as to all filing deadlines for the County's motion for summary judgment. See Doc. No. 62. Finding good cause shown, the Court will grant that request and reset the hearing on the County's motion in kind. The following briefing schedule and hearing date shall now apply:

1. The County's motion shall be filed on or before October 13, 2021;
2. Oreizi's opposition shall be filed on or before November 3, 2021;
3. The County's reply, if any, shall be filed on or before November 16, 2021; and
4. The hearing on the County's motion is reset for January 10, 2022, at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 20, 2021

_____
SENIOR DISTRICT JUDGE