# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FARSHAD OREIZI,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**COUNTY OF FRESNO and DOES 1 through 20, inclusive,**<br><br>    **Defendants.** | **CASE NO. 1:18-cv-00662-AWI-EPG**<br><br>**ORDER ON THIRD REVISED SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** |

Plaintiff Farshad Oreizi and Defendant County of Fresno jointly request for an extension as to all filing deadlines for the County's motion for summary judgment. See Doc. No. 63. Finding good cause shown, the Court will grant that request and reset the hearing on the County's motion in kind. The following briefing schedule and hearing date shall now apply:

1. The County's motion shall be filed on or before October 26, 2021;
2. Oreizi's opposition shall be filed on or before November 16, 2021;
3. The County's reply, if any, shall be filed on or before November 29, 2021; and
4. The hearing on the County's motion remains set for January 10, 2022, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  October 12, 2021                    _____
                                                                    SENIOR DISTRICT JUDGE