UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARSHAD OREIZI,<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**COUNTY OF FRESNO and DOES 1 through 20, inclusive,**<br><br>　　　　　**Defendants.** | CASE NO. 1:18-CV-00662-AWI-EPG<br><br>**ORDER VACATING CURRENT TRIAL DATE OF APRIL 11, 2023 AND ALL RELATED FILING DEADLINES AND HEARINGS** |

A Telephonic Status Conference was held in this matter on March 20, 2023, at 1:30 p.m. At that time, the Court provided an update as to its current pending trial schedule in the case entitled: *Vasquez v. Leprino Foods Company, et al.*, Case No: 1:17-cv-00796. The court advised that based on the current progress of the trial in *Vasquez*, it is very possible that the case could carry over to and not be concluded until sometime during the week of April 11, 2023. In light of the significant potentiality of this occurring, and in light of the trial court judge's upcoming retirement with the last court day of service on April 28, 2023, the Court finds that the interests of justice and judicial economy are best served by vacating the current trial date of April 11, 2023, and all related trial dates, hearings, and deadlines, including but not limited to the submission of a joint verdict form and joint jury instructions.

Accordingly, IT IS HEREBY ORDERED that:

1. The trial date of April 11, 2023 and all related trial dates, hearings, and deadlines, including but not limited to the submission of a joint verdict form and joint jury instructions, are vacated; and

2. A Telephonic Status Conference is set for May 8, 2023, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:  March 22, 2023                                  _____/s/_____
                                                                      SENIOR DISTRICT JUDGE