[Exempt From Filing Fee
Government Code § 6103]

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FARSHAD OREIZI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:18-CV-00662-JLT-EPG<br><br>**ORDER RE EXTENDING THE TIME TO FILE OPPOSITION AND REPLY RE ATTORNEY'S FEES MOTION**<br><br>Judge:　Honorable Jennifer L. Thurston |

## **ORDER**

Based on the parties' stipulation, and with good cause shown, the Court hereby ORDERS as follows:

1.　The deadline to file an opposition brief to Plaintiff's Motion for Attorney Fees is extended to January 27, 2025.

2.　The deadline to file a reply brief regarding Plaintiff's Motion for Attorney Fees extended to February 6, 2025.

IT IS SO ORDERED.

　　Dated:　**December 12, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE