# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARSHAD OREIZI,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 1:18-CV-00662 JLT EPG<br><br>[~~PROPOSED~~] AMENDED JUDGMENT IN A CIVIL CASE TO INCLUDE COSTS AND FEES<br><br>Judge:   Honorable Jennifer L. Thurston |

On October 18, 2024, the Court entered judgement in this action (Doc. 147), and on January 25, 2024, the parties stipulated as to the amount of costs and attorney fees to be included in an Amended Judgment awarding same (Doc. 154).  Accordingly, amendment of the judgment is appropriate.  Thus, the Court **ORDERS**:

    1.     Judgment is entered in favor of Plaintiff Farshad Oreizi in the amount of $8,398.55 for costs, $270,000 for attorney fees, **and** in accord with the jury verdict rendered on October 17, 2024, the awarded amount of $278,110.91 in damages in the above referenced action.

    2.     This Judgment amends the Judgment entered on October 18, 2024 (Doc. 147).

IT IS SO ORDERED.

Dated:   **January 27, 2025**

_____
UNITED STATES DISTRICT JUDGE